E-FILING

# United States District Court

| NORTHERN | DISTRICT OF | CALIFORNIA |

**FILED**
2007 AUG 13 P 2: 43

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

Carlos Sandoval SANDOVAL-Valdez

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 07 70485 HRL

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __July 5, 2007__, in __Santa Clara County__ in the __Northern__ District of __California__ defendant(s)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
              Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
                       ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__8/13/07__                                    at    __San Jose, California__
    Date                                                   City and State

Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE                  _____
Name & Title of Judicial Officer                  Signature of Judicial Officer

RE: Carlos Sandoval SANDOVAL-Valdez                                                    A 74 338 284

I, Timothy F. Purdy, am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed by this agency, U.S. Customs & Border Protection and the former Immigration and Naturalization Service (INS), since October 1, 2002. I am currently assigned to the Criminal Alien Program at the San Jose, California Sub-Office. In such capacity, I have reviewed the official immigration "A-File" relating to the above named defendant, which attests to the following:

(1) The DEFENDANT Carlos Sandoval SANDOVAL-Valdez (AKA Carlos Valdez), is a 37 year-old married male whose DOB is currently understood to be 12/01/1970. He is a citizen and native of Durango, Mexico as substantiated by multiple statements made to that effect by the DEFENDANT in an interview that was initiated on July 5, 2007 at Santa Clara County Jail by ICE Immigration Enforcement Agent (IEA) James Freer of the San Jose, California DRO Sub-Office;

(2) The DEFENDANT has been assigned Alien Registration number of A 74 338 284, FBI number of 269637KA9, and California Criminal State ID Number of A08972354;

(3) On March 19, 1990, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the offense of POSSESSION OR PURCHASE FOR SALE OF CONTROLLED SUBSTANCES/COCAINE, a felony, in violation of California Penal Code Section 11351 & TRANSPORT FOR SALE OF A CONTROLLED SUBSTANCE/COCAINE, a felony, in violation of California Penal Code Section 11352 and was sentenced to one year in state prison. This offense is defined as an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(B);

(4) On April 30, 1998, the DEFENDANT was determined to be unlawfully present in the United States by the U.S. Immigration EOIR Court Otay Mesa, CA and ordered deported from the United States to Mexico;

(5) On May 27, 1998, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the offense of BATTERY OF A NON-COHAB/FORMER SPOUSE, a misdemeanor, in violation of California Penal Code Section 243 and sentenced to five days in county jail;

(6) On January 19, 1999, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the offense DRIVING WHILE LICENSE WAS SUSPENDED, a misdemeanor, in violation of California Vehicle Code Section 14601.1 and was sentenced to thirty days in county jail;

RE: Carlos Sandoval SANDOVAL-Valdez                                        A 74 338 284

(7) On June 16, 2003, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the offense POSSESSION OF A CONTROLLED SUBSTANCE/COCAINE, a felony, in violation of California Health and Safety Code Section 11350(A) & POSSESSION OF A CONTROLLED SUBSTANCE FOR SALE/METAMPHETAMINES – 57 Grams, a felony, in violation of California Health and Safety Code Section 11378 & INFLICTING CORPORAL INJURY ON THE MOTHER OF DEFENDANT'S CHILD, a misdemeanor, in violation of California Penal Code Section 273.5(A) and sentenced to three years in state prison. This offense is defined as an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(B);

(8) On August 10, 2004, the DEFENDANT was determined to be unlawfully present in the United States by the Field Officer Director San Diego, CA and ordered deported from the United States to Mexico;

(9) On September 7, 2005, the DEFENDANT was determined to be unlawfully present in the United States by the Field Officer Director San Francisco, CA and ordered deported from the United States to Mexico;

(10) On July 3, 2007, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the offense PAROLE VIOLATION, a misdemeanor, in violation of California Penal Code Section 3056 and sentenced to four months in state prison;

(11) On, July 5, 2007, the Defendant was encountered by IEA James Freer, at Santa Clara County Jail, and determined to be unlawfully present in the United States after a prior deportation. IEA Freer read the DEFENDANT of his Miranda rights in the English language. The DEFENDANT waived his Miranda rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Secretary of the Department of Homeland Security or the United States Attorney General to reenter the United States;

(12) The DEFENDANT'S official A-File does not contain any record or indication that he either requested or received permission from the Secretary of the Department of Homeland Security or the Attorney General of the United States to reenter the United States;

**RE:** Carlos Sandoval SANDOVAL-Valdez                           A 74 338 284

(13)   Based on the above stated information, this Officer believes there is sufficient probable cause that the Defendant is present within the United States in violation of Title 8, United States Code, Section 1326.

*Timothy F. Purdy*
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 13 day of Aug, 2007

_____
Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE