SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

Filed
DEC 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF
SAN JOSE

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07 00771 RMW HRL |
| Plaintiff, ) | VIOLATION: 8 U.S.C. § 1326 – Illegal Re-Entry Following Deportation |
| v. ) | |
| CARLOS SANDOVAL SANDOVAL-VALDEZ, ) | SAN JOSE VENUE |
| Defendant. ) | |

## INFORMATION

The United States charges:

On or about July 5, 2007, the defendant

CARLOS SANDOVAL SANDOVAL-VALDEZ,

an alien, previously having been arrested and deported from the United States on or about April 30, 1998, August 10, 2004, and September 7, 2005, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in violation

//

//

INFORMATION

1 | of Title 8, United States Code, Section 1326.

2 | DATED: 11/27/07

SCOTT N. SCHOOLS
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Office

7 | (Approved as to form: _____ )
AUSA SCHENK

INFORMATION

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

8 U.S.C. SECTION 1326 - ILLEGAL REENTRY

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

### DEFENDANT - U.S.

▶ CARLOS SANDOVAL SANDOVAL-VALDEZ

DISTRICT COURT NUMBER

E-FILING

Filed
DEC 0  2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

CR 07 00771 RMW

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

HRL

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year

Or... If Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

**Name and Office of Person Furnishing Information on THIS FORM**
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**  JEFFREY B. SCHENK

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:
Comments: