AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

WAIVER OF INDICTMENT

Carlos Sandoval Sandoval-Valdez

CASE NUMBER: CR 07-00771 RMW

I, Carlos Sandoval Sandoval-Valdez, the above named defendant, who is accused of

illegal reentry, in violation of 8 U.S.C. § 1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  12/6/07  prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_Carlos Valdez-Sandoval_
Defendant

_Lara [signature]_
Counsel for Defendant

Before _Patricia V. Trumbull_
Judicial Officer