***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte        **REPORTER:** Lee-Anne Shortridge

**DATE:** December 17, 2007        **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00771-RMW

**TITLE:** UNITED STATES OF AMERICA -v- CARLOS SANDOVAL SANDOVAL-VALDEZ
**APPEARANCES:**                                    (P) (C)

**PLTF:** AUSA: J. Schenk        **DEFT:** L. Vinnard

**COURT ACTION: DISPOSITION/SENTENCING**

Hearing Held. The defendant plead guilty to Count 1 of the Information. A Plea Agreement was executed in open court. SENTENCING: Defendant waives right for preparation of a P.S.R. The Court sentenced the defendant to the custody of the B.O.P. for a period of 37 months. Upon release from custody, the defendant shall be placed on supervised release for a period of 3 years. The defendant shall pay a special assessment in the amount of $100, which shall be due immediately. The Court did not impose a fine. See Judgment for specifics.

                                /s/ Jackie Garcia
                                   **JACKIE GARCIA**
                                **Courtroom Deputy**