*E-FILED on: 6/23/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CARLOS SANDOVAL-VALDEZ,<br><br>  Defendant. | NO.  C-08-04766-RMW<br><br>(Related to: CR-07-00771-RMW)<br><br>ORDER DENYING MOTION TO REDUCE SENTENCE |

Carlos Sandoval Sandoval-Valdez moves to reduce his sentence for illegal re-entry following deportation. He essentially claims he has been discriminated against because different benefits are available to United States citizens who are prisoners than are available to illegal aliens who are prisoners. He also seeks to have points taken off his offense level calculation because that reduction is available to those who accept a final deportation order.

The court hereby summarily denies the motion.

///

///

///

///

///

///

1  Petitioner fails to state facts supporting his claim for a number of reasons including: (1) he
2  received four points off his offense level for participation in the early disposition program; (2) he
3  waived his right to appeal in his plea agreement; and (3) he provides no evidence of a due process or
4  equal protection violation.  The clerk may close the file.

DATED:      June 23, 2010

_____
RONALD M. WHYTE
United States District Judge

NO. C-08-04766-RMW
(Related to: CR-07-00771-RMW)
ORDER DENYING MOTION TO REDUCE SENTENCE

Copy of Order Mailed to:

**Carlos Sandoval Sandoval-Valdez**
Reg. No.10818-111
FCI-Victorville I
PO Box 5300
Adelanto, CA 92301

1.